UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BOTTIGLIERI DI NAVIGAZIONE SPA,

                         Plaintiff,

-against-

COMPANHIA SIDERURGICA DE TUBARAO;
ARCELOR MITTAL BRASIL SA *f/k/a* COMPANHIA
SIDERURGICA DE TUBARAO,

                         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

:
:
:
:
:
:
:
:
:
:

MEMORANDUM DECISION
AND ORDER

06 Civ. 3228 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Arcelor Mittal Brasil SA *f/k/a* Companhia Siderurgica de Tubarao's motion to

vacate the attachment of certain funds, (ECF No. 28), is GRANTED.  The Clerk of Court is directed

to close the motion accordingly.

Dated: New York, New York
       October 7, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge